UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICHARD OVERTON, JAQUAN HARRIS, and DWAYNE PENNANT,

Plaintiff,

- against -

CITY OF MOUNT VERNON, CAMILO ANTONINI, Individually, JOSHUA HOWARD, Individually, PATRICK KING, Individually, DELFIM FERREIRA, Individually, SEAN FEGAN, Individually, ROBERT PUFF, Individually, COUNTY OF WESTCHESTER, MATTHEW LEWIS, Individually, and JOHN and JANE DOE 1 through 10, Individually, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

Defendants.
-----------------------------------------------------------x

**ORDER ON MOTIONS TO DISMISS**

No. 25-CV-1745 (CS)

Seibel, J.

For the reasons set forth on the record at the September 25, 2026 conference, the City Defendants' Partial Motion to Dismiss is GRANTED in part and DENIED in part, and the County Defendants' Partial Motion to Dismiss is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motions, (ECF Nos. 25, 28), and terminate Westchester County, Howard, King, Ferreira, Puff, Fegan, and John and/or Janes Doe 1 through 10 as Defendants and Overton as a Plaintiff. Any motion to file a Second Amended Complaint must be filed no later than October 16, 2026**,** with opposition due November 6, 2026, and reply due November 20, 2026. If no motion to amend is made, Defendants shall answer by November 6, 2026, and the Court will thereafter set a conference to enter a scheduling order.

**SO ORDERED.**

Dated: September 25, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.